UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-5165-FLA -(MRWx)                                           Date: July 3, 2024

Title   _United States of America v. Los Angeles County, California_

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | Courtsmart -07/02/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Katherine Hikida<br>Matthew Barragan<br>Alice Yao<br>Richard Park<br>Kevin Kijewski<br>Alexandra Young<br>David Harris<br>Katherine Dutcher | Christopher Pelham |

**Proceedings:  MINUTES RE: FURTHER SETTLEMENT CONFERENCE**

The Court held a further settlement conference on July 2, 2024, from 1:00 p.m. to 5:30 p.m. with Plaintiff's and Defendant's counsel, along with Defendant's County of Los Angeles Representatives Keever Muir, Aaron Nevarez, Jaime Young, and Dean Logan.

The settlement conference was conducted off the record. All parties participated in good faith.  The matter did not result in a settlement; however, discussions were productive. Plaintiffs will draft a proposed list of defined terms and forward those to the Court by 10:00 a.m., Wednesday, July 3, 2024. Defendant will prepare a further redline draft of the proposed agreement to engage an independent expert and circulate that to Plaintiff by 10: 00 a.m, Wednesday, July 3, 2024. **These drafts are not to be filed**.   The parties shall submit their respective documents to the Court  by 10:00 a.m. July 3, 2024 via the Chambers email address: KS_Chambers@cacd.uscourts.gov

The Court will have further discussions with each party in private telephonic caucuses on **Wednesday, July 3, 2024, at 12:00 p.m**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 23-5165-FLA -(MRWx)                              Date: July 3, 2024

Title       United States of America v. Los Angeles County, California

|  | 4 hr:35mins |
|---|---|
| **Initials of Preparer** | gr |