JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>LOS ANGELES COUNTY, CALIFORNIA,<br><br>                        Defendant. | Case No. 2:23-cv-05165-FLA (MRWx)<br><br>**ORDER DISMISSING ACTION [DKT. 57]** |

On July 10, 2024, the parties filed a Notice of Settlement, stating the parties had agreed to settle the action and anticipated filing a stipulation of dismissal. Dkt. 57.

Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. Plaintiff United States of America's Motion for Partial Summary Judgment (Dkt. 32) is DENIED as moot.
3. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within sixty (60) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
4. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: July 11, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge