KRISTEN CLARKE
Assistant Attorney General
REBECCA B. BOND (Cal. Bar No. 202220)
Chief, Disability Rights Section
KEVIN J. KIJEWSKI
Deputy Chief, Disability Rights Section
ELIZABETH JOHNSON
ALICE W. YAO
KATHERINE DUTCHER (Cal. Bar No. 313010)
CHERYL ROST
Trial Attorneys, Disability Rights Section
U.S. Department of Justice, 950 Pennsylvania Ave. NW – 4CON
Washington, D.C. 20530

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
RICHARD M. PARK
Chief, Civil Rights Section, Civil Division
KATHERINE M. HIKIDA (Cal. Bar No. 153268)
MATTHEW J. BARRAGAN (Cal. Bar No. 283883)
MARGARET M. CHEN (Cal. Bar No. 288294)
ALEXANDRA YOUNG (Cal. Bar No. 336004)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2444
Facsimile: (213) 894-7819
E-mail: Matthew.Barragan@usdoj.gov

Attorneys for Plaintiff
United States of America

[additional counsel listed on next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, CALIFORNIA,<br><br>Defendant. | Case No. 2:23-cv-05165-FLA (MRWx)<br><br>**NOTICE OF LODGING OF AGREEMENT**<br><br>Honorable Fernando L. Aenlle-Rocha<br>United States District Judge |

DAWYN R. HARRISON, County Counsel
PETER BOLLINGER, Assistant County Counsel
EVA CHU, Senior Deputy County Counsel (SBN 235356)
EChu@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809

CHRISTOPHER PELHAM (BAR NO. 241068)
JACQUELINE C. KARAMA (BAR NO. 311120)
KELLY DOYLE DAHAN (BAR NO. 326230)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
christopher.pelham@nortonrosefulbright.com
jackie.feick@nortonrosefulbright.com
kelly.dahan@nortonrosefulbright.com

Attorneys for Defendant
Los Angeles County, California

PLEASE TAKE NOTICE that Plaintiff United States of America hereby lodges the Parties' fully executed Agreement as **Exhibit A** hereto.

Dated: August 1, 2024

| | |
|---|---|
| E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Chief, Civil Division | KRISTEN CLARKE<br>Assistant Attorney General for Civil Rights<br>REBECCA B. BOND<br>Chief, Disability Rights Section<br>KEVIN J. KIJEWSKI<br>Deputy Chief, Disability Rights Section |
| */s/ Richard M. Park*<br>RICHARD M. PARK<br>Chief, Civil Rights Section<br><br>KATHERINE M. HIKIDA<br>MATTHEW J. BARRAGAN<br>MARGARET M. CHEN<br>ALEXANDRA YOUNG<br>Assistant United States Attorneys | */s/ Elizabeth Johnson*<br>ELIZABETH JOHNSON<br>ALICE W. YAO<br>KATHERINE DUTCHER<br>CHERYL ROST<br>Trial Attorneys<br>Disability Rights Section<br><br>Attorneys for Plaintiff<br>United States of America |