UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>LOS ANGELES COUNTY, CALIFORNIA,<br><br>　　　　　Defendant. | Case No. 2:23-cv-05165-FLA (MRWx)<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE COURT'S DISMISSAL ORDER [DKT. 66]** |

# ORDER

The court, having considered the parties' second stipulation to extend the time to respond to the court's July 11, 2024 Dismissal Order (Dkt. 58), and good cause appearing therefor, hereby ORDERS that:

1. The time the parties have to respond to the court's July 11, 2024 Dismissal Order (Dkt. 58) is extended from October 9, 2024 to December 9, 2024.

2. As set forth in Paragraph 21 of the settlement agreement between the parties, the United States will move to dismiss its claims with prejudice in the above-captioned matter against Los Angeles, County, California, pursuant to Federal Rule of Civil Procedure 41, no more than five (5) business days after Los Angeles County has selected an Expert under Paragraphs 10 and 13 of the settlement agreement.

3. As set forth in Paragraph 21 of the settlement agreement between the parties in this case, this court shall retain jurisdiction solely to enforce the settlement agreement between the United States and Los Angeles County for the term of the settlement agreement.

4. Accordingly, the court retains jurisdiction to vacate its July 11, 2024 Order and reopen the action until December 9, 2024, provided any request by a party to do so shall make a showing of good cause as to what further settlement processes are necessary and when the party making such a request reasonably expects the process to be concluded.

IT IS SO ORDERED.

Dated: October 7, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge