UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cv-05165-FLA(MRWx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| LOS ANGELES COUNTY, CALIFORNIA, | |
| Defendant. | |

Having reviewed the Stipulation for Dismissal of Action with Prejudice filed by Plaintiff United States of America and Defendant Los Angeles County, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The settlement agreement ("Agreement") in the above-captioned matter (Dkt. 62-1) is approved and its terms are hereby incorporated by reference.

2. Pursuant to Paragraph 21 of the Agreement, the Court retains ancillary jurisdiction to enforce the Agreement through an informal dispute resolution procedure with Chief Magistrate Judge Karen Stevenson (or her successor). The parties shall satisfy any procedural requirements to allow the court to retain post-dismissal jurisdiction to enforce the terms of the Agreement, per *K.C. ex rel. Erica C. v. Torlakson*, 762 F.3d 963, 967-68 (9th Cir. 2014) and related cases.

3. This case is dismissed in its entirety with prejudice.

4. Each party shall bear its own attorney's fees, costs, and expenses.

Dated:_____

_____
HON. FERNANDO L. AENLLE ROCHA
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: November 20, 2024 | Respectfully submitted, |
| E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Chief, Civil Division<br>RICHARD M. PARK<br>Chief, Civil Rights Section | REBECCA B. BOND<br>Chief, Disability Rights Section<br>KEVIN J. KIJEWSKI<br>Deputy Chief, Disability Rights Section |
| /s/ Richard Park | /s/ Katherine Dutcher |
| KATHERINE M. HIKIDA<br>MATTHEW J. BARRAGAN<br>MARGARET M. CHEN<br>ALEXANDRA YOUNG<br>Assistant United States Attorneys | ELIZABETH JOHNSON<br>ALICE W. YAO<br>KATHERINE DUTCHER<br>CHERYL ROST<br>Trial Attorneys<br>Disability Rights Section |
| | Attorneys for Plaintiff<br>United States of America |