UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, CALIFORNIA,<br><br>Defendant. | Case No. 2:23-cv-05165-FLA (MRWx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [DKT. 68]** |

1

The court, having considered the parties' Stipulation for Dismissal of Action with Prejudice, (Dkt. 68), and finding good cause therefor, hereby ORDERS as follows:

1. The settlement agreement ("Agreement") (Dkt. 62-1) is APPROVED and its terms are hereby incorporated by reference.

2. Pursuant to paragraph 21 of the Agreement, the court RETAINS ancillary jurisdiction to enforce the Agreement through an informal dispute resolution procedure with Chief Magistrate Judge Karen Stevenson or her successor.

3. The parties shall SATISFY any procedural requirements to allow the court to retain post-dismissal jurisdiction to enforce the terms of the Agreement per *K.C. ex rel. Erica C. v. Torlakson*, 762 F.3d 963, 967–68 (9th Cir. 2014) and related cases.

4. This action is DISMISSED with prejudice.

5. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: November 25, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

2