DAWYN R. HARRISON, County Counsel
PETER BOLLINGER, Assistant County Counsel
EVA CHU, Senior Deputy County Counsel
(SBN 235356)
EChu@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone:  (213) 974-0809

CHRISTOPHER PELHAM (BAR NO. 241068)
JACQUELINE C. KARAMA (BAR NO. 311120)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
christopher.pelham@nortonrosefulbright.com
jackie.feick@nortonrosefulbright.com

Attorneys for Defendant
**LOS ANGELES COUNTY, CALIFORNIA**

[additional counsel listed on next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY, CALIFORNIA,<br><br>    Defendant. | Case No. 2:23-cv-05165-FLA (MRWx)<br><br>**NOTICE OF SETTLEMENT AMENDMENT**<br><br>Honorable Fernando L. Aenlle-Rocha<br>United States District Judge |

KRISTEN CLARKE
Assistant Attorney General
REBECCA B. BOND (Bar. No. 202220)
Chief Disability Rights Section
KEVIN J. KIJEWSKI
Deputy Chief, Disability Rights Section
ELIZABETH JOHNSON
ALICE W. YAO
KATHERINE DUTCHER (Bar No. 313010)
CHERYL ROST
Trial Attorneys, Disability Rights Section
U.S. Department of Justice
950 Pennsylvania Ave. NW – 4CON
Washington D.C. 20530

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
RICHARD M. PARK
Chief, Civil Rights Section, Civil Division
KATHERINE M. HIKIDA (Bar No. 153268)
MATTHEW J. BARRAGAN (Bar No. 283883)
MARGARET M. CHEN (Bar No. 336004)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2444
Facsimile: (213) 894-7819
Email: Matthew Barragan@usdoj.gov

Attorneys for Plaintiff
**UNITED STATES OF AMERICA**

1  On December 3, 2024, the Parties agreed to amend the Agreement that they
2  filed on August 1, 2014 (Docket No. 62) as follows, with such changes to take
3  immediate effect:
4  15.  For purposes of this agreement, the duties of the Expert will include the
5  following:
6  c.  On ~~December 15, 2024~~ February 14, 2025, and again on June 15,
7  2025, and every six (6) months after June 15, 2025 (until the end of the expert's
8  term under Paragraph 11 of this Agreement) ~~thereafter~~, providing a draft report
9  for at least one hundred (100) facilities, buildings, sites, or locations
10  maintained as viable for consideration as Vote Centers selected by the County
11  and for which the County provided Surveys, Mitigation Plans, Signage plans,
12  maps, and photographs.
13  16.  With respect to the Expert reports described in Paragraph 15(c) and (d)
14  above:
15  b.  After the 30-day period in 16(a), the Expert shall share the draft
16  report with the United States, as well as notify the United States if there is still
17  an impasse between the Expert and the County under 16(a). The Expert will
18  provide the United States with Surveys, Mitigation Plans, Signage Plans,
19  Maps, and photographs, as well as updated County information, for facilities,
20  buildings, sites, or locations maintained as viable for consideration as Vote
21  Centers evaluated by the Expert during the reporting period upon sending the
22  Expert's draft report. Except as set forth below, over a further 30-day period,
23  the Expert, the County, and the United States may meet-and-confer regarding
24  disagreements the parties have regarding that draft report. As to the Expert's
25  first report under Paragraph 15(c), the draft of which is due on February 14,
26  2025, the Expert, the County, and the United States may meet and confer over
27  a 51-day (rather than a 30-day) period after the Expert has shared the draft
28  report with the United States.

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| Dated: | December 4, 2024 | Respectfully submitted, |

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
RICHARD M. PARK
Chief, Civil Rights Section

REBECCA B. BOND
Chief, Disability Rights Section
KEVIN J. KIJEWSKI
Deputy Chief, Disability Rights Section

By  */s/ Richard M. Park*
KATHERINE M. HIKIDA
MATTHEW J. BARRAGAN
MARGARET M. CHEN
ALEXANDRA YOUNG
Assistant United States Attorneys

By  */s/ Katherine Dutcher*
ELIZABETH JOHNSON
ALICE W. YAO
KATHERINE DUTCHER
CHERYL ROST
Trial Attorneys
Disability Rights Section

Attorneys for Plaintiff
United States of America

Dated:    December 4, 2024

NORTON ROSE FULBRIGHT US LLP

By  */s/ Christopher Pelham*
CHRISTOPHER PELHAM
JACQUELINE C. KARAMA
KELLY DOYLE DAHAN

Attorneys for Defendant
LOS ANGELES COUNTY, CALIFORNIA

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized filing.

Dated:    December 4, 2024

*/s/ Christopher Pelham*
CHRISTOPHER PELHAM

DOCUMENT PREPARED ON RECYCLED PAPER